No. 72–827. DETROIT BANK & TRUST CO., EXECUTOR v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 72–831. UNARCO INDUSTRIES, INC., ET AL. v. KELLEY CO., INC. C. A. 7th Cir. Certiorari denied.

No. 72–832. WALTER ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–838. GREER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 72–840. LIND, GUARDIAN v. HALE. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 72–841. ECLIPSE FUEL ENGINEERING CO. v. MAXON PREMIX BURNER CO., INC. C. A. 7th Cir. Certiorari denied.

No. 72–845. ADOLPH COORS CO. v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 10th Cir. Certiorari denied.

No. 72–854. VALE DO RI DOCE NAVEGACAI, S. A. v. KYZAR. C. A. 5th Cir. Certiorari denied.

No. 72–856. PECOS COUNTY STATE BANK v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–858. GATEWOOD v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 72–862. POTTER v. MOULDINGS, INC. C. A. 5th Cir. Certiorari denied.